IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:04CR302 |
| | ) | |
| JAVIER CRUZ-NARANJO, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    A hearing was held on April 22, 2005 regarding Attorney Kellie Paris Asaka's Motion to Withdraw [18].   A portion of the hearing was sealed.  I find that the defendant is without funds to retain counsel and will appoint Kellie Paris Asaka to represent the defendant.

    IT IS ORDERED that the Motion to Withdraw [18] is granted in part and denied in part.   Ms. Asaka will not be allowed to withdraw and will remain as counsel of record.  The court will appoint Ms. Asaka as CJA counsel.   A separate order will be entered regarding the appointment.

    DATED this 22nd  day of April, 2005.

                                BY THE COURT:

                                s/ F.A. Gossett
                                United States Magistrate Judge