IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR302 |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | AMENDED<br>MEMORANDUM AND ORDER |
| JAVIER CRUZ-NARANJO, | )<br>)<br>) | |
| Defendant. | ) | |

This matter is before the Court on a Report and Recommendation (Filing No. 126) of a Magistrate Judge recommending that I accept the Defendant's plea of guilty. There are no objections to the Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record.

IT IS ORDERED:

1. The Report and Recommendation (Filing No. 126) is adopted;

2. The Defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, voluntary, and that a factual basis exists for the plea; and

3. This case shall proceed to sentencing.

DATED this 26th day of April, 2005.

BY THE COURT:

s/ Laurie Smith Camp
Laurie Smith Camp
United States District Judge