IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  8:04CR302 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JAVIER CRUZ-NARANJO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Javier Cruz-Naranjo (Filing No. 179).

For good cause shown, the Motion shall be granted.

IT IS ORDERED:

1. The Unopposed Motion for Continuance of Sentencing Schedule filed by the Defendant, Javier Cruz-Naranjo (Filing No. 179) is granted;

2. Sentencing is rescheduled before District Judge Laurie Smith Camp on the **14th day of November, 2005,** at the hour of **3:30 p.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 29th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge